Order issued November 19, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01396-CV

## IN THE INTEREST OF P.D.K., A CHILD

# ORDER

Pending before the submissions panel is appellee's motion to dismiss the appeal. The motion was filed February 20, 2012, and to date, appellant has not filed a response to the motion. Accordingly, we **ORDER** appellant to file a response. Because this case is set for submission December 5, 2012, we **ORDER** appellant to file the response no later than November 30, 2012.

MOLLY FRANCIS
PRESIDING JUSTICE